FILED IN OPEN COURT
DATE 9/23/2014
BY M. Hega
DEPUTY CLERK
Danville DIVISION, W.D. of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **INFORMATION** |
| | : | |
| v. | : | Criminal No. 4:14CR00018 |
| | : | |
| EZRA LAMONT PRICE | : | In violation of: |
| | : | Title 18 U.S.C. § 1708 |

The United States Attorney charges:

### COUNT ONE
**(Mail Theft)**

1. On or about July 14, 2012, in the Western District of Virginia, the defendant, EZRA LAMONT PRICE, did steal and take from and out of a mail receptacle, located at 1000 South Boston Road, Danville, Virginia, a letter addressed to "Jason P.," at 1000 South Boston Road, Danville, Virginia.

2. All in violation of Title 18, United States Code, Section 1708.

*Laura Day Rottenborn* for
TIMOTHY HEAPHY
UNITED STATES ATTORNEY